UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE: WESTERN MAINE<br>ACCOUNTING SERVICES, LLC | )<br>)<br>)<br>)    Docket no. 2:22-mc-00081-GZS<br>)<br>)<br>) |

**ORDER AFFIRMING RECOMMENDED DECISION**

On July 7, 2022, the United States Magistrate Judge filed with the Court, her Recommended Decision on Motion to Compel Documents in Response to Subpoena (ECF No. 11). Western Maine Accounting Services, LLC ("WMAS") filed its Objection to the Recommended Decision (ECF No. 12) on July 20, 2022. Thereafter, the Movants, who are Plaintiffs in a *qui tam* action pending in the District of Maryland, filed their Response (ECF No 13). Having received leave for further briefing, WMAS then filed its Reply to Movants' Response (ECF No. 16) and Movants filed their Surreply (ECF No. 17).

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that:

1. the Recommended Decision (ECF No. 11) is hereby **AFFIRMED**.

2. the Motion to Compel (ECF No. 1) is **GRANTED IN PART** such that WMAS shall produce documents responsive to document request Nos. 1, 3 & 4 (all communications between WMAS and SAL, accounting records of SAL, and

documents reflecting payments from SAL to Worldwide or Costa) except for employee files from the SOCOM contract. The Motion to Compel is otherwise **DENIED IN PART**.

3. WMAS' request for sanctions is hereby **DENIED**.

SO ORDERED.

                                              /s/ George Z. Singal  
                                              United States District Judge

Dated this 29th day of August, 2022.